Civil Action No. 4:25-cv-00230

| | |
|---|---|
| SPECOIL, LLC,<br><br>    *Plaintiff*<br><br>vs.<br><br>SAVAGE SERVICES CORPORATION,<br><br>    *Defendants.*<br><br>SAVAGE SERVICES CORPORATION<br><br>    *Counterclaim Plaintiff*<br><br>vs.<br><br>SPECOIL, LLC<br><br>    *Counterclaim Defendant.* | §§§§§§§§§§§§§§§§§§§§§§§<br><br>United States District Court<br>Southern District of Texas<br>Houston Division |

## UNOPPOSED MOTION TO WITHDRAW AS COUNSEL FOR <u>SAVAGE SERVICES CORPORATION</u>

Defendant and Counterclaim Plaintiff Savage Services Corporation ("Savage") respectfully requests that Andrew Elkhoury of the law firm Mayer Brown LLP be permitted to withdraw as counsel for Savage in the above-captioned matter. In support of this motion, Savage shows the Court the following:

    1. Savage consents to this request and will remain represented by its other attorneys of record from Mayer Brown LLP. All correspondence, emails, pleadings, court notices, orders, and other matters for service can continue to be sent to Savage's remaining counsel.

    2. Peter Jordan will continue to be designated as Attorney-in-Charge for Savage.

1

3. The withdrawal of Mr. Elkhoury will not delay the proceedings in this matter, and no prejudice will result to either party.

4. No party opposes this motion.

WHEREFORE, for the foregoing reasons, Savage respectfully requests that the Court permit Andrew Elkhoury to withdraw as counsel in the above-captioned matter.

Dated: March 14, 2025

Respectfully submitted,

**MAYER BROWN LLP**

By: */s/ Peter R. Jordan*
    Peter Jordan (Attorney-in-Charge)
    State Bar No. 24135704
    Andrew Elkhoury
    State Bar No. 24097648
    Zach Wawrzyniak
    State Bar No. 24137279
700 Louisiana Street, Suite 3400
Houston, Texas 77002-2730
Telephone: (713) 238-3000
Facsimile: (713) 238-4888
Email: PJordan@mayerbrown.com
      AElkhoury@mayerbrown.com
      ZWawrzyniak@mayerbrown.com

**ATTORNEYS FOR SAVAGE SERVICES CORPORATION**

## CERTIFICATE OF CONFERENCE

On March 14, 2025, Counsel for Savage conferred with Counsel for SpecOil, LLC on the relief requested by this Motion. SpecOil, LLC does not oppose this relief.

*/s/ Peter Jordan*
Peter Jordan
Attorney-in-Charge for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that, on March 14, 2025, a copy of the foregoing was filed electronically using the Court's CM/ECF system, which will provide notice of the filing to all counsel of record.

*/s/ Peter Jordan*
Peter Jordan
Attorney-in-Charge for Defendants